NATHAN GROBERG, Appellant, v. PAUL EDERT and Others, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ., concurred.

STEPHEN P. HACKLEY, Respondent, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.— Judgment of the County Court of Westchester county in favor of the plaintiff, affirming a judgment recovered before a police justice, unanimously affirmed, with costs. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

JOHN W. HAMPTON, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ.

BETTY HEGER, Appellant, v. SIMON GUGGENHEIM, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ.

CATHERINE HERBERT, an Infant, by JAMES F. HERBERT, Her Guardian ad Litem, Respondent, v. WILLIAM H. MICHELS, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

DELILAH HICKORY, Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

ELLEN HOARE, Appellant, v. JENNIE GLENEN and ANNIE KENNEDY, Individually and as Executrices, etc., of ALEXANDER GOURLEY, Deceased, Respondents.— Order of the County Court of Westchester county, so far as it denies the motion for continuance against the respondents individually, affirmed; so far as it denies the motion for revival and continuance against the respondents, as executrices, reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the ground of an unwise exercise of discretion by the said court. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

SUSIE CHURCH HOLLIDAY, Appellant, v. NEW YORK MUNICIPAL RAILWAY CORPORATION and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

In the Matter of the Application of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title, etc., for the Purpose of Opening and Extending East Ninth street, between Foster avenue and Avenue T, etc. EDITH R. FINCH and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ., concurred.